Christopher M. Paparella (CP-6086)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
HOVENSA L.L.C.,

    Plaintiff,

  - against -

TECHNIP ITALY S.P.A AND TECHNIP S.A.,

    Defendants.
---------------------------------------------------------------- x

Case No. 08 Civ. 1221 (NRB)

**STIPULATION AND ORDER**

  It is hereby stipulated and agreed by and between the undersigned counsel for the parties as follows:

  (1) Hughes Hubbard & Reed LLP, counsel for Defendants, will accept service of the summons and complaint for Defendant Technip S.A.

  (2) Defendants waive any defects in the service of process but specifically preserve all defenses based on personal or subject matter jurisdiction;

  (3) Defendants shall answer, move against, or otherwise respond to the Complaint on or before April 18, 2008.

| LAW OFFICES OF GABRIEL DEL VIRGINIA | HUGHES HUBBARD & REED LLP |
|---|---|
| By: *[signature]* <br> Gabriel Del Virginia <br> 641 Lexington Avenue, 21st floor <br> New York, New York 10022 <br> Telephone: (212) 371-5478 <br> Facsimile: (212) 371-0460 | By: *[signature]* <br> Christopher Paparella <br> One Battery Park Plaza <br> New York, New York 10004 <br> Telephone: (212) 837-6000 <br> Facsimile: (212) 422-4726 <br> paparella@hugheshubbard.com |
| *Attorneys for Plaintiff Hovensa L.L.C.* | *Attorneys for Defendants Technip Italy S.P.A and Technip S.A.* |

OF COUNSEL
George T. Shipley
Jonathan B. Smith
Shipley Snell Montgomery LLP
4600 First City Tower
1001 Fannin
Houston, TX 77002
Telephone: (713) 652-5920
Facsimile: (713) 652-3057

So Ordered: *[signature]*
Hon. Naomi R. Buchwald
United States District Judge   3/14/08