HUGHES HUBBARD & REED LLP
Christopher Paparella
John Fellas
Hagit Elul
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
paparella@hugheshubbard.com

*Attorneys for Defendants Technip Italy S.p.A. and Technip S.A*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOVENSA L.L.C.,

                           Plaintiff,

-vs-

TECHNIP ITALY S.P.A and
TECHNIP S.A.,

                          Defendants.

Case No.: 08 CIV. 1221 (NRB)

**NOTICE OF MOTION**

---

      PLEASE TAKE NOTICE THAT, upon Defendants' Notice of Motion, the accompanying Memorandum of Law in support thereof dated April 18, 2008, the Declaration of Etienne Gory dated April 17, 2008, the Declaration of Patrick Picard dated April 17, 2008, the Declaration of Christopher Paparella dated April 17, 2008, and the prior pleadings and proceedings held herein, Defendants Technip Italy S.p.A. and Technip S.A., by their undersigned attorneys, will move this Court, before the Honorable Naomi R. Buchwald, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to (i) Rule 12(b)(7) of the Federal Rules of Civil Procedure dismissing Plaintiff's Complaint in its entirety; (ii) Rule 12(b)(6) dismissing Counts One, Three and Four of Plaintiff's Complaint; (iii) Rule 12(b)(2) dismissing Plaintiff's Complaint in its entirety as against Defendant Technip S.A.; and (iv) such other and additional relief as the Court deems just and proper.

Dated:   New York, New York                                HUGHES HUBBARD & REED LLP
         April 18, 2008

                                              By: _____
                                                   Christopher Paparella
                                                   John Fellas
                                                   Hagit Elul
                                                   One Battery Park Plaza
                                                   New York, NY  10004-1482
                                                   (212) 837-6000

                                              *Attorneys for Defendants*
                                              *Technip Italy S.p.A. and Technip S.A.*


To:   Gabriel Del Virginia
      LAW OFFICES OF GABRIEL DEL VIRGINIA
      641 Lexington Avenue, 21st Floor
      New York, NY 10022-4503
      (212) 371-5478

      -and-

      George T. Shipley
      Jonathan B. Smith
      SHIPLEY SNELL MONTGOMERY LLP
      4600 First City Tower
      1001 Fannin
      Houston TX 77002-6716
      (713) 652-5920

      *Attorneys for Plaintiff Hovensa L.L.C.*

2

CERTIFICATE OF SERVICE

I, William J. Sanchez, am over the age of eighteen (18) years, not a party to this action, so caused a true and correct copy of the foregoing Notice of Motion, dated April 18, 2008, Defendant's Memorandum of Law in Support of Their Motion to Dismiss dated April 18, 2008, Declaration of Patrick Picard, dated April 17, 2008, Declaration of Etienne Gory, dated April 17, 2008, the Declaration of Christopher Paparella, dated April 17, 2008, and Defendant's Corporate Disclosure Statement to be served on this 18th day of April, 2008, to the following:

VIA ELECTRONIC FILING & FEDEX:

Gabriel Del Virginia
Law Offices of Gabriel Del Virginia
641 Lexington Avenue, 21st floor
New York, NY 10022

VIA E-MAIL:

George T. Shipley
Jonathan Smith
Shipley Snell Montgomery LLP
4600 First City Tower
1001 Fannin
Houston, TX 77002

ATTORNEYS FOR PLAINTIFF HOVENSA

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 18, 2008
       New York, New York

                                                    /s/ William J. Sanchez
                                                    William J. Sanchez