HUGHES HUBBARD & REED LLP
Christopher Paparella
John Fellas
Hagit Elul
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
paparella@hugheshubbard.com

*Attorneys for Defendants Technip Italy S.p.A. and Technip S.A*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOVENSA L.L.C.,

                Plaintiff,

-vs-

TECHNIP ITALY S.P.A and
TECHNIP S.A.,

                Defendants.

Case No.: 08 CIV. 1221 (NRB)

---

## **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendants Technip Italy S.p.A. ("Technip Italy") and Technip S.A. state the following:

Defendant Technip S.A. is a publicly-held corporation. No publicly held corporation owns ten percent or more of its stock.

Defendant Technip Italy is a subsidiary of Technip S.A. Other than Technip S.A., no publicly held corporation owns ten percent or more of its stock.

Dated:   New York, New York                   HUGHES HUBBARD & REED LLP
        April 18, 2008

By: _____
    Christopher Paparella
    John Fellas
    Hagit Elul
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Defendants*
*Technip Italy S.p.A. and Technip S.A.*

CERTIFICATE OF SERVICE

I, William J. Sanchez, am over the age of eighteen (18) years, not a party to this action, so caused a true and correct copy of the foregoing Notice of Motion, dated April 18, 2008, Defendant's Memorandum of Law in Support of Their Motion to Dismiss dated April 18, 2008, Declaration of Patrick Picard, dated April 17, 2008, Declaration of Etienne Gory, dated April 17, 2008, the Declaration of Christopher Paparella, dated April 17, 2008, and Defendant's Corporate Disclosure Statement to be served on this 18th day of April, 2008, to the following:

VIA ELECTRONIC FILING & FEDEX:

Gabriel Del Virginia
Law Offices of Gabriel Del Virginia
641 Lexington Avenue, 21st floor
New York, NY 10022

VIA E-MAIL:

George T. Shipley
Jonathan Smith
Shipley Snell Montgomery LLP
4600 First City Tower
1001 Fannin
Houston, TX 77002

ATTORNEYS FOR PLAINTIFF HOVENSA

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 18, 2008
       New York, New York

                                                          /s/ William J. Sanchez
                                                          William J. Sanchez