

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Chris Paparella
Direct Dial: 212-837-6644
Direct Fax: 212-299-6644
Cell: 917-881-2365
paparella@hugheshubbard.com

**MEMO ENDORSED**

May 9, 2008

BY HAND

Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007



Re: *Hovensa L.L.C. v. Technip Italy S.p.A., et al.*, C.A. No. 08-1221 (NRB)

Dear Judge Buchwald:

    We represent Defendants Technip Italy S.p.A. and Technip S.A. in the referenced action by Plaintiff Hovensa L.L.C. ("Hovensa"). We write to withdraw without prejudice Defendants' pending motion to dismiss Hovensa's original complaint. Hovensa responded to Defendants' motion by filing an amended complaint. Defendants wish to move to dismiss Hovensa's amended complaint.

    On April 18, 2008, Defendants moved to dismiss Hovensa's February 6, 2008 complaint for failure to join an indispensable party, failure to state a claim upon which relief could be granted and lack of personal jurisdiction over Defendant Technip S.A. On May 5, 2008, Defendants received from Hovensa an amended complaint and a memorandum of law in opposition to Defendants' motion to dismiss. Hovensa's amended complaint, among other things, withdraws Counts Three and Four of the original complaint for promissory estoppel and unjust enrichment/quasi-contract, adds a new count for breach of contract, and offers a new theory of liability with respect to Counts One and Two of the original complaint.

    Because Hovensa's amended complaint supersedes its original complaint and contains new material, Defendants hereby withdraw without prejudice their motion to dismiss the original complaint. Defendants plan to move to dismiss the amended complaint for failure to join an indispensable party, failure to state a claim and lack of personal jurisdiction over

*So Ordered.* [handwritten endorsement signed] 5/12/08

2

Defendant Technip S.A. Pursuant to Rule 2(A) of the Court's Individual Practices, we hereby request a pre-motion conference, should the Court deem a conference necessary.

Respectfully yours,

Christopher Paparella

cc: Gabriel Del Virginia, Esq. (via facsimile)
George T. Shipley, Esq. (via facsimile)

60283542_1.DOC