


Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Chris Paparella
Direct Dial: 212-837-6644
Direct Fax: 212-299-6644
Cell: 917-881-2365
paparella@hugheshubbard.com

MAY 21 2008

_ED STATES DISTRICT JUDGE

May 21, 2008

VIA FACSIMILE

Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

Re: *Hovensa L.L.C. v. Technip Italy S.p.A., et al.*, C.A. No. 08-1221 (NRB)

Dear Judge Buchwald:

    We represent Defendants in the referenced action by Plaintiff Hovensa L.L.C. We write to request Your Honor's approval of the following briefing schedule agreed by the parties for Defendants' Motion to Dismiss the First Amended Complaint: (1) Defendants will submit their Motion to Dismiss the First Amended Complaint on or before Friday, May 30, 2008; (2) Plaintiff will serve its answering papers on or before Wednesday, June 18, 2008; and (3) Defendants will serve their reply papers on or before Friday, June 27, 2008.

Respectfully submitted,

Christopher Paparella

So ordered.

[signature]
5/21/08

cc: Gabriel Del Virginia, Esq. (by email)
    George T. Shipley, Esq. (by email)
    Jonathan B. Smith, Esq. (by email)