# Hughes Hubbard


MEMO ENDORSED

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

Chris Paparella
Direct Dial: 212-837-6644
Direct Fax: 212-299-6644
Cell: 917-881-2365
paparella@hugheshubbard.com

May 30, 2008


JUN - 2 2008
UNITED STATES DISTRICT JUDGE

BY HAND

Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

Re: Hovensa L.L.C. v. Technip Italy S.p.A., et al., C.A. No. 08-1221 (NRB)

Dear Judge Buchwald:

    We represent Defendants Technip Italy S.p.A. and Technip S.A. in the referenced action by Plaintiff Hovensa L.L.C. We write to request that Your Honor approve a revised briefing schedule agreed to by the parties for Defendants' Motion to Dismiss the First Amended Complaint: (1) Defendants will submit their Motion to Dismiss the First Amended Complaint on or before Wednesday, June 4, 2008; (2) Plaintiff will serve its response on or before Monday, June 23, 2008; and (3) Defendants will serve their reply on or before Wednesday, July 2, 2008.

    The parties respectfully request that Your Honor approve this briefing schedule.

Respectfully yours,

Christopher Paparella

SO ORDERED

Naomi R. Buchwald, U.S.D.J.    6/2/08

cc:    Gabriel Del Virginia, Esq. (by email)
       George T. Shipley, Esq. (by email)
       Jonathan B. Smith, Esq. (by email)