

HUGHES HUBBARD & REED LLP
Christopher Paparella
John Fellas
Hagit Elul
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
paparella@hugheshubbard.com

*Attorneys for Defendants Technip Italy S.p.A. and Technip S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOVENSA L.L.C., <br><br> Plaintiff, <br><br> -vs- <br><br> TECHNIP ITALY S.P.A and TECHNIP S.A., <br><br> Defendants. | Case No.: 08 CIV. 1221 (NRB) <br><br> **DECLARATION OF PATRICK PICARD** |

       Patrick Picard declares under penalty of perjury under the laws of the United States of America as follows:

    1.    I am the Corporate Secretary of Defendant Technip S.A ("Technip S.A."), a French corporation that has its principal place of business at La Défense 12, 92973 Paris, La Défense Cedex, France. I submit this declaration on behalf of Technip S.A. in order to put certain facts and circumstances before the Court. I have personal knowledge of the facts and circumstances contained in this declaration except where I state my knowledge to be on information and belief, in which case I believe such statements to be true.

Technip - 92973 Paris La Défense Cedex - France - www.technip.com
Tél. : +33 (0) 1 47 78 21 21 - Fax : +33 (0) 1 47 78 33 40
Société Anonyme au capital de 80.952.973,43 EUR - 589 803 261 R.C.S. Nanterre
Siège social : 6-8 Allée de l'Arche - Faubourg de l'Arche - ZAC Danton - 92400 Courbevoie

2.      Technip S.A. does not do or solicit business in New York. Among other things, Technip S.A.:

- does not maintain any office in New York;

- does not have any employees or agents resident in New York;

- does not have a New York telephone number;

- does not have a New York bank account;

- does not own, rent or lease any real property in New York;

- does not maintain any other property in New York;

- is not registered to do business in New York;

- does not pay any taxes in New York; and

- does not have an agent for service of process in New York.

3.      Based on my review of the relevant records and discussions with the relevant Technip S.A. personnel, Technip S.A. did not sign or agree to be governed by the "Parent Guaranty Agreement" annexed as Appendix Q to each of the Construction Agreement and Engineering and Procurement Agreement and referred to in paragraphs 47-54 of the First Amended Complaint in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

June 4th, 2008
Paris, France

Patrick Picard
Corporate Secretary

CERTIFICATE OF SERVICE

I, Beatriz Biscardi, am over the age of eighteen (18) years, not a party to this action, caused a true and correct copy of the foregoing Notice of Motion, dated June 4, 2008, Defendant's Memorandum of Law in Support of Their Motion to Dismiss the First Amended Complaint, dated June 4, 2008, Declaration of Patrick Picard, dated June 4, 2008, Declaration of Etienne Gory, dated June 3, 2008, and Declaration of Christopher Paparella, dated June 4, 2008, to be served on this 4th day of June, 2008, to the following:

> VIA ELECTRONIC FILING & FEDEX
> Gabriel Del Virginia
> Law Offices of Gabriel Del Virginia
> 641 Lexington Avenue, 21st floor
> New York, NY 10022
>
> VIA E-MAIL
> George T. Shipley
> Jonathan Smith
> Shipley Snell Montgomery LLP
> 4600 First City Tower
> 1001 Fannin
> Houston, TX 77002
>
> ATTORNEYS FOR PLAINTIFF HOVENSA

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2008
      New York, New York

                                        /s/ Beatriz Biscardi
                                        Beatriz Biscardi

60298870_1.DOC