



# Hughes Hubbard

MEMO ENDORSED

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUN 2 3 2008
UNITED STATES DISTRICT JUDGE

June 23, 2008

VIA FACSIMILE

Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/08

Re: *Hovensa L.L.C. v. Technip Italy S.p.A., et al.*, C.A. No. 08-1221 (NRB)

Dear Judge Buchwald:

    We represent Defendants Technip Italy S.p.A. and Technip S.A. in the referenced action by Plaintiff Hovensa L.L.C. We write to request that Your Honor approve a revised briefing schedule agreed to by the parties for Defendants' Motion to Dismiss the First Amended Complaint: Plaintiff will serve its response to Defendant's Motion to Dismiss the First Amended Complaint on or before Tuesday, July 1, 2008; and Defendants will serve their reply on or before Tuesday, July 15, 2008.

    The parties respectfully request that Your Honor approve this briefing schedule.

Respectfully yours,

Hagit Elul

SO ORDERED

Naomi R. Buchwald, U.S.D.J.
6/23/08

cc:    Gabriel Del Virginia, Esq. (by email)
       George T. Shipley, Esq. (by email)
       Jonathan B. Smith, Esq. (by email)