**Hughes Hubbard**

**MEMO ENDORSED**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08
```

July 11, 2008

VIA FACSIMILE

Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

Re: *Hovensa L.L.C. v. Technip Italy S.p.A., et al.*, C.A. No. 08-1221 (NRB)

Dear Judge Buchwald:

We represent Defendants Technip Italy S.p.A. and Technip S.A. in the above-referenced action by Plaintiff Hovensa L.L.C. On June 4, 2008, Defendants filed a motion to dismiss Plaintiff's Amended Complaint. Defendants' reply brief to Plaintiff's opposition is due on July 15, 2008. We write to request that Your Honor grant Defendants leave to file a reply brief 3-pages longer than the 10-pages permitted by Your Honor's Individual Practices 2.C.

Good cause exists for relief from the page limit. Plaintiff's Amended Complaint raises complex claims against two separate parties under two separate contracts and seeks over $31 million in damages. Defendants have moved to dismiss on the ground that Plaintiff has failed to join to this action the party to one of these two contracts. Accordingly, Defendants' reply papers must necessarily address the background of why this unnamed party is indispensable here. In addition, Plaintiff's opposition brief raised a new unplead theory of promissory estoppel which Defendants have not yet had the opportunity to address.

Respectfully yours,

Hagit Elul

SO ORDERED
Naomi R. Buchwald, U.S.D.J.  7/14/08

**MEMO ENDORSED**

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

cc:  Gabriel Del Virginia, Esq. (by email)
     George T. Shipley, Esq. (by email)
     Jonathan B. Smith, Esq. (by email)