HUGHES HUBBARD & REED LLP
Christopher Paparella
John Fellas
Hagit Elul
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
paparella@hugheshubbard.com
*Attorneys for Defendants Technip Italy S.p.A. and Technip S.A*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOVENSA L.L.C.,

                                        Plaintiff,

                -vs-

TECHNIP ITALY S.P.A and TECHNIP S.A.,

                                        Defendants.

Case No.:  08 CIV. 1221 (NRB)

**DECLARATION OF
CHRISTOPHER PAPARELLA**

Christopher Paparella declares under penalty of perjury as follows:

1.      I am a partner in Hughes Hubbard & Reed LLP, attorneys for Defendants Technip Italy S.p.A and Technip S.A in this action.  I am a member of the Bar of this Court.  I submit this Declaration to put before the Court copies of documents cited in Defendants' Reply Memorandum of Law.

2.      Attached hereto as Exhibit A is Appendix D, Exhibit 1 to the Construction Agreement, which concerns the compensation and terms of payment due TPVI Limited under the Construction Agreement and Technip Italy under the E&P Agreement. Hovensa agreed in this document that "[a]s full compensation to the CONSTRUCTION CONTRACTOR [defined as TPVI] for the Work as defined in the CONSTRUCTION Agreement, HOVENSA will pay the CONSTRUCTION CONTRACTOR" $50,000,000, plus additional sums approved through contractual change orders and less any sums paid

to certain third party contractors.  Hovensa also agreed to pay $77,000,000 (as adjusted

by change orders and payments to third-party contractors) "to the E&P CONTRACTOR

[defined as Technip Italy] for the Work as defined in the E&P Agreement . . . ."  (Ex. A

at 1.)

      3.     TPVI and Technip Italy have commenced an action in New York Supreme

Court, New York County styled *TPVI Ltd. and Technip Italy S.p.A. v. Hovensa, L.L.C.,*

Index No. 601158/2008.  Therein, TPVI and Technip Italy seek the return of funds

wrongfully drawn down by Hovensa under letters of credit posted by TPVI and Technip

Italy and a declaratory judgment that they did not breach their respective E&P and

Construction agreements with Hovensa.

      4.     Attached hereto as Exhibit B is a true and correct copy of information

from the website of Hovensa's joint-venture parent Hess Corporation (headquartered in

New York) that shows that Hovensa markets its products in New York.  Among other

things, Hess' website states that Hess obtains approximately 50% of the refined products

it sells in, among other outlets, its hundreds of New York gas stations, from Hovensa and

Hess' other refinery in Port Reading.

      5.     Hovensa financed the E&P Agreement and Construction Agreement out of

its New York bank accounts.  Among other things, Hovensa made the $30 million in

payments for which it seeks recovery in this action from its New York bank account.

Hovensa also made all payments under the E&P Agreement and Construction Agreement

from its New York bank account.   And Hovensa demanded that the funds it wrongfully

drew under Defendants' letters of credit be paid into its New York bank account.

      6.     By way of example, attached as Exhibit C is an invoice issued by Technip

Italy to Hovensa, dated February 7, 2007.  Attached hereto as Exhibit D is a wire

transmittal record showing that Hovensa paid the invoice dated February 7, 2007 from

Hovensa's New York bank account at JP Morgan Chase Bank in New York, New York.

Attached hereto as Exhibit E is a true and correct copy of an invoice issued by TPVI to

Hovensa, dated January 16, 2008.  Attached hereto as Exhibit F is a true and correct copy

of a wire transmittal record showing that Hovensa paid the invoice dated January 16,

2008 from Hovensa's New York bank account at JP Morgan Chase Bank in New York,

New York

       7.     Attached hereto as Exhibit G are true and correct copies of invoices issued

by Hovensa to Technip Italy dated January 11, 2007 and February 5, 2007 requesting

payment for "Schedule Liquidated Damages."  Each invoice instructed Technip Italy to

remit payment to Hovensa's bank account at Chase Manhattan Bank in New York, New

York.

       8.     Attached hereto as Exhibit H is a true and correct copy of an invoice

issued by Hovensa to TPVI dated February 5, 2007 requesting payment for "Schedule

Liquidated Damages."  The invoice instructed TPVI to remit payment to Hovensa's bank

account at Chase Manhattan Bank in New York, New York.

       9.     Attached hereto as Exhibit I is a true and correct copy of a letter from

Hovensa to UniCredit Banca d'Impresa S.p.A ("UniCredit"), dated May 30, 2007,

drawing down on Stand-By Letter of Credit No. 460830345935 posted by Technip Italy.

Hovensa instructs UniCredit to make payment by wire transfer to Hovensa's account at

"Chase Manhattan Bank 1 Chase Manhattan Plaza New York, NY 10081."

      10.    Attached hereto as Exhibit J is a true and correct copy of a letter from

Hovensa to UniCredit, dated May 30, 2007, drawing down on Stand-By Letter of Credit

No. 460830854774 posted by TPVI.  Hovensa instructs UniCredit to make payment by

wire transfer to Hovensa's account at "Chase Manhattan Bank 1 Chase Manhattan Plaza

New York, NY 10081."

        I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2008
      New York, NY


_____
Christopher Paparella

# Exhibit A

**APPENDIX D: EXHIBIT 1**
**LOW SULFUR FUELS PROJECT**
**COMPENSATION AND TERMS OF PAYMENT**

**I. COMPENSATION:**

1.1    Appendix D responsibilities, obligations and requirements referenced as to "CONTRACTOR" will apply to both the ENGINEERING AND PROCUREMENT (E&P) CONTRACTOR and the CONSTRUCTION CONTRACTOR. Requirements specific to either contractor individually will be specifically indicated as applying to the "E&P CONTRACTOR" or the "CONSTRUCTION CONTRACTOR".

Similarly, references to the Agreement Price will apply to both the CONSTRUCTION Agreement Price and the E&P Agreement Prices. Reference specific to either the CONSTRUCTION Agreement Price or the E&P Agreement Price will be so noted.

1.2    As full compensation to the E&P CONTRACTOR for the Work as defined in the E&P Agreement, HOVENSA will pay the E&P CONTRACTOR the following:

   a.    The fixed, lump sum amount of US **$77,000,000** (the "E&P Lump Sum Price"); plus,

   b.    Additional lump sum or time and materials payments to the E&P CONTRACTOR, if applicable, authorized by HOVENSA in approved Change Orders.

   c.    The E&P Agreement Price will be the E&P Lump Sum Price plus the sum of all payments made under E&P Agreement Change Orders.

1.3    As full compensation to the CONSTRUCTION CONTRACTOR for the Work as defined in the CONSTRUCTION Agreement, HOVENSA will pay the CONSTRUCTION CONTRACTOR the following:

   a.    The fixed, lump sum amount of US **$50,000,000** (the "CONSTRUCTION Lump Sum Price"); plus,

   b.    Additional lump sum or time and materials payments to the CONSTRUCTION CONTRACTOR, if applicable, authorized by HOVENSA in approved Change Orders.

   c.    The CONSTRUCTION Agreement Price will be the CONSTRUCTION Lump Sum Price plus the sum of all payments made under CONSTRUCTION Agreement Change Orders.

   d.    All payments made by HOVENSA directly to the HOVENSA Contractors, as defined in Article 23 of the Construction Agreement, and the Lessors as defined in Appendix AF pursuant to APPENDIX D of the Construction Agreement will be deducted from the Construction Lump Sum Price.

1.4    All Work performed under HOVENSA approved Change Orders (in compliance with Change Order procedures in Appendix B, Coordination Procedures) will also be administered in compliance with this Appendix D.

1.5    If CONTRACTOR suggests any changes in the Work which result in a reduction in the E&P Lump Sum Price or the Construction Lump Sum Price, and HOVENSA concurs with the change, the agreed upon amount of the savings will be allocated as follows:
   a.    Savings of $0 - $500,000 in the aggregate over both agreements will be shared equally by HOVENSA and CONTRACTOR.
   b.    Savings above $500,000 in the aggregate over both agreements will be allocated 75% to HOVENSA and 25% to CONTRACTOR.




1.6    CONTRACTOR's aggregate liability under the EP Agreement and Construction Agreement, at law or otherwise, will be limited to fifteen percent (15%) of the Agreement Price, subject to the exclusions set forth in Article 29 of the EP Agreement and Article 32 of the Construction Agreement.

1.7    HOVENSA's aggregate liability under the EP Agreement and Construction Agreement, at law or otherwise, will be limited to fifteen percent (15%) of the Agreement Price, subject to the exclusions set forth in Article 30 of the EP Agreement and Article 33 of the Construction Agreement.

## II. TERMS OF PAYMENT OF AGREEMENT PRICE:

2.1    HOVENSA will make monthly progress payments of the Agreement Price to CONTRACTOR as set forth in the Progress Payment Schedules (based on the "earned value" technique) in Exhibit 3 herein (Earned Value Matrix), within thirty (30) days after each Agreement's date of execution and in compliance with the invoicing procedures prescribed by Appendix B, Project Coordination Procedures. HOVENSA will make all payments within thirty (30) days of receipt of invoices from CONTRACTOR.

As a prerequisite to the Final Payment, CONTRACTOR will furnish HOVENSA with waivers of lien rights, evidencing that all claims for payment for labor and materials for which CONTRACTOR is liable in connection with the Work have been paid or satisfied

With the first invoice, CONTRACTOR will provide an unconditional and irrevocable letter of credit equal to ten percent (10%) of the invoice amount. The letter of credit will increase in value by 10% of each successive invoice until, at Mechanical Completion, the total value of the letter of credit will be 10% of the final total EP and C Agreement price.

At Plant Acceptance, the letter of credit will be reduced to 5% of the final total EP and C Agreement price and will remain in effect through the Warranty period.    HOVENSA requires a retention of all rights against the issuer of the letter of credit notwithstanding any change in the Work or any extension of time being made as permitted under this Agreement. Accordingly, the letter of credit will provide that it will remain in effect notwithstanding any change in the Work or extension of time. CONTRACTOR recognizes that, since the LOC provides security for the payment of Schedule Liquidated Damages, Performance Liquidated Damages and warranty obligations, HOVENSA may make multiple drawings on the LOC, consistent with the terms of each Agreement.  Prior to any drawing on the LOC, HOVENSA must have given the notice required under Article 11.3 of the EP Agreement or under Article 14.3 of the Construction Agreement, as applicable.

2.2    Consistent with the Change Order section of Appendix B, Project Coordination Procedures, the Payment Schedules will be updated as necessary to facilitate payment for Work performed under Change Orders, which will be included in progress payments for the total Agreement Prices (prorated over remaining Agreement Price payments). Credits to HOVENSA implicit in Change Orders involving reductions to Work will be reflected as credits to amounts owed CONTRACTOR on CONTRACTOR's invoice to HOVENSA generated for the month the Change Order is approved by HOVENSA.

2.3    Subject to the timing for payments provided in Section 2.1, all payments made to CONTRACTOR may be subject to independent verification of the Work performed as required by any lender(s) financing the Work.

2.4    Except for disputed amounts, all other payments to HOVENSA by CONTRACTOR (including payments due HOVENSA under warranty or terms of this Agreement) will be due HOVENSA within thirty (30) days of CONTRACTOR's receipt of HOVENSA's invoice.





# Exhibit B



http://www.hess.com/rm/image_page/network_assets.htm

# Exhibit C



| COMMERCIAL INVOICE No. 2007LBV00001 |
|---|
| **DATE** Rome, 07/02/2007 |

**TECHNIP ITALY**

| REF. PROJ. **2229** | CLIENT CODE **12682** |
|---|---|

**CLIENT:**  HOVENSA L.L.C.
 1 Estate Hope
 Christiansted VI
 00820-5652
 U.S.A.
 Att.n Accounts Payable

**PAYMENT CONDITIONS:** payment to be effected by wire transfer within thirty days (30) from invoice receipt, to our account n. 358012 c/o UNICREDIT BANCA D'IMPRESA Ag. n. 32  P.le dell'industria 46 00100 Roma IBAN CODE IT33U0322603208000000358012 SWIFT CODE UNCRIT 2V

**REFERENCE**   : Contract no. HVS-0663 signed on March 10th, 2005
 P.O. n. ......

| DESCRIPTION | AMOUNT US$ | |
|---|---|---|
| ENGINEERING AND PURCHASING FOR LOW SULPHUR GASOLINE HYDROTREATER PROJECT | | |
| BASE CONTRACT US$ 70,000,000.00 | | |
| Cumulative progress amount up to | 0.00 | |
| Less am. previously invoiced up to | 0.00 | |
| Sub-total | | 0.00 |
| CHANGE ORDERS: US$ 242,685.00 | | |
| Cumulative progress amount up to February 5, 2007 | 242,685.00 | |
| Less amount previously invoiced Change order cum. progress | 0.00 | |
| Sub-total | | 242,685.00 |
| TOTAL REVISED CONTRACT PRICE US$ 70,921,883.00 | | |
| Total Cum. progress amount to February 5,2007 (Change orders) | 242,685.00 | |
| Less Tot amount prev. invoiced cum. Progress (Change orders) | 0.00 | |
| Total to be paid | | 242,685.00 |
| | | ============= |

*Vat not applicable as per art. 7 p. 4 D.P.R. 633 dated October 26th 1972 and further modifications. / Fuori dal campo di applicazione IVA ai sensi dell'art. 7 c. 4 del D.P.R. 633 del 26 Ottobre 1972 e successive modifiche*

**TECHNIP ITALY S.p.A.**

Technip Italy S.p.A. - Viale Castello della Magliana, 68 - 00148 Roma - www.technip.com
Tel. +39 06 65981 - Fax +39 06 6551402 - Telex 610696 TPIT I
con Socio Unico
Capitale Sociale € 25.600.000 i.v.
Registro delle Imprese di Roma e Cod. Fisc. N° 04874901004 - P. IVA 04874901004  CCIAA Roma REA N° 809188
Direzione e coordinamento (art art. 2497-bis C.C.) Technip S.A., Francia

# Exhibit D



*2229*    *I 47046* (handwritten)

VERONA    20/02/2008

F.COMPETENTE   06822 ROMA CENTRO

FILIALE       06824 ROMA EUR ARDIGO

*BO 521* (handwritten)
*CO 381* (handwritten)

06822
A3UBC8I2

TECHNIP ITALY SPA
VLE CAST. DELLA MAGLIANA,68
00148 ROMA RM

Nostri riferimenti:
   100834766598


| | |
|---|---|
| MON.IMPORTO ORIGINALE DELL'ORDINE | Banca Ordinante: |
| USD         242.685,00 | JPMORGAN CHASE BANK N.A. |
| | 270 PARK AVENUE |
| Moneta/Importo Ordine: | NEW YORK NY 10017(USA) |
| USD             242.685,00 | |
| | Ordinante: |
| Signori, | HOVENSA LLC MASTER OPERATING |
| in conformita' alle istruzioni | 1  ESTATE HOPE |
| ricevute Vi riconosciamo | ST CROIX 008205652 VI |
| l'importo di: | |
| USD             242.685,00 | Motivazione: |
| Il controvalore della divisa | PROGRESS PYMT UP TO 2/5/07    ENG |
| negoziata al cambio di: | |

e' pari a:

Dettaglio Spese e Commissioni:
Comm. di serv.

| Tale importo, dedotte ns. spese | Comm. di serv. | | |
|---|---|---|---|
| e commissioni totali per: | Spese C.V.S.    EUR | | 4,30 |
| | Spesa Fissa    EUR | | 5,30 |
| Vi viene accreditato per | Spese PP.LL. | | |
| l'importo netto di: | Diritto Fisso | | |
| USD             242.685,00 | Totale      EUR | | 9,60 |

sul Vs. conto                    A debito Vs. conto

IT 33  U 03226 03200 000000358012   IT 53  J 03226 03200 000004717107

con valuta  19/02/2008            con valuta  19/02/2008

        Distinti saluti              UniCredit Banca d'Impresa

UniCredit Banca d'Impresa S.p.A.

# Exhibit E

**TPVI Ltd.**

ORIGINAL

## COMMERCIAL INVOICE No.200700033

### DATE  16/01/2008

| REF. PROJ. **2229** | CLIENT CODE **12682** |
|---|---|

**CLIENT:**    HOVENSA L.L.C.
# 1 Estate Hope
Christiansted VI
00820-5652
U.S.A.
Att.n   Account Payable

**PAYMENT CONDITIONS:**    payment to be effected by wire transfer within thirty days (30) from invoice receipt, through JP Morgan 270 Park Ave. New York, N.Y. 10017 SWIFT BIC: CHASU33 CHIPS ABA: 278422 FEDWIRE ABA 021000021, Forward to: Bank of Nova Scotiabank, St. Thomas Branch P.O. Box 420 , 214C Altona & Weigunst Charlotte Amalie , St Thomas 00804, ABA # 021606056 , Credit to TPVI Ltd. Current Account # 05892032988 in the Bank of Scotiabank– St Croix  US Virgin Islands

**REFERENCE**        :   Contract no. HVS-0664 signed on March 10th, 2005

| DESCRIPTION | AMOUNT US$ | |
|---|---|---|
| CONSTRUCTION FOR LOW SULPHUR GASOLINE HYDROTREATER PROJECT | | |
| CHANGE ORDER HVS-0664-033: US$ 323,248.00 | | |
| Amount: | 323,248.00 | |
| Less amount previously invoiced | - | |
| Sub-Total | | 323,248.00 |
| | | |
| Total to be paid | | 323,248.00 |

TPVI Ltd.

# Exhibit F

```
:2A1OUIEE&OL1ED16&FR2SEO1!!! LIVE  !!!! LIVE  :
!!! LIVE   !!!!! LIVE  !!! LIVE  !!!! LIVE  :

    Req by: USP KHRAMES   In: USP USV  02/21/08  06:30    Page    1
ILHR DH 080220-001310-000 Que: DH USP USV ADMR            Pri 150 DupN
   Msg type: RECEIVED     Poss Dup: N Pri: N
   Time Created: 02/20/08 16:20
   Completion: DELIVERED, HARD COPY    Exception:
   Correspondent: CHASUS33A              !!
   Amount:         323,248.00
   Name: JPMORGAN CHASE BANK, N.A.              Owner Office: USP/USV
   Address: 1 CHASE MANHATTAN PLAZA
   Address:
   City: NEW YORK, NY         Cntry: UNITED STATES  PC:

   Parent IOR: DH 080220-001310-000
   Input test: N Swift USN: F080220CHAS
   Service: SWF    Ref: F080220NUSCVIVIAXXX   Sequence: 0003

   Test Result: TESTED
```

SCOTIABANK
PSC PR
SERVICING USVI
FEB 2 1 2008
TELLER 77
30445

```
APPL: FIN APDU: 01 DBGL: MESSAGE
MESSAGE PRIORITY: NORMAL   USER BANKING PRIORITY:
USER MUR:
USER TAG 11Y = PLUS(+) VERSION OF GENERAL USE MESSAGE 103
   SERVICE CODE:     PAYMENT RELEASE:

MESSAGE OUTPUT REF:      17:21-080220-2348-136094
MESSAGE INPUT REF:       16:21-080220-1887-431094
TO:      NUSCVIVIAXXX    BANK OF NOVA SCOTIA U. S. VIRGIN ISLAND
FROM:    CHASUS33XXX     JPMORGAN CHASE BANK, N.A.
                         NEW YORK, NY (UNITED STATES)
  CIF NUMBER: CHASUS33A         TYPE: 11  UID:


MSG TYPE: 103 SINGLE CUSTOMER CREDIT TRANSFER

20   SENDER'S REFERENCE: 3444200051J0

23B  BANK OPERATION CODE: CRED

32A  VALUE DATE: 08/02/20
     INTERBANK SETTLED AMOUNT: 323,248.00 US DOLLARS

50K  ORDERING CUSTOMER:
     HOVENSA LLC MASTER OPERATING
     1 ESTATE HOPE
     ST CROIX 00820565E VI
     ACCT NR /323022367

59   BENEFICIARY CUSTOMER:
     TPVI LTD
     ACCT NR /0584203248B

70   REMITTANCE INFORMATION:
     ABA/026006069 BANK OF NOVA SCOTIA 4
     3 KING ST CHRISTIANSTED VI 00821
```

Processing Support Centre
TR. 30445 Telex Transfer Payment
Credit ___TPVI  LTD___
Acct. # _058-93033788_
Prepared _MM_  Checked/Authorized __

```
''' LIVE ''' LIVE '''' LIVE   !!!!! LIVE  ''' LIVE  !!!! LIVE '

    Req by: USP RADAMES   In: USP USV   02/21/08  08:30   Page   2
ICN: LA 080220-051910-000 Que: LA USP USV ADMR       Fri 150 DupN


'.A'  DETAILS OF CHARGES:
      SHARED


'.E   SENDER TO RECEIVER INFORMATION:
      /BUP/
8*4*2000100
_
CHK           CHECKSUM RESULT: :F45BEBYD1405
SAC           AUTHENTICATION SUCCESSFUL CURRENT KEY

            ----------  END OF MESSAGE  ----------

''' LIVE  !!!! LIVE  !!!! LIVE   !!!!! LIVE  !!! LIVE  !!!! LIVE !
```

# Exhibit G

INVOICE



**HOVENSA**
*PEOPLE FUELING A BRIGHTER FUTURE*
#1 ESTATE HOPE, CHRISTIANSTED, VI 00820-5652

| TO: | REMIT WIRE TRANSFER TO: |
|---|---|
| TECHNIP ITALY S.P.A.<br>VIALE CASTELLO DELLA MAGLIANA, 68<br>00148 ROMA<br>ATTENTION:VINCENZO LAGANA | HOVENSA L.L.C.<br>CHASE MANHATTAN BANK<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, N.Y. 10081<br>ACCT. # 323-022-367<br>ABA #021-0000-21 |

| INVOICE DATE | INVOICE NUMBER | CUSTOMER NUMBER | PAYMENT TERMS |
|---|---|---|---|
| 01/11/07 | 011107-002 | N/A | NET 30 DAYS |

| ITEM DESCRIPTION | AMOUNT |
|---|---|
| "Schedule Liquidated Damages"<br>December 21-December 31, 2006<br><br>SEE ATTACHED LETTER<br>REFERENCE NO: HLT-0663-0019 | $        429,300.00 |

INVOICE TOTAL: $        429,300.00

REFER ANY QUESTIONS TO:
DEBRA ROGERS
E-MAIL: drogers@hovensa.com
VOICE PHONE: (340) 692-3955
24 HOUR FAX: (340) 692-3161

INVOICE



**PEOPLE FUELING A BRIGHTER FUTURE**

#1 ESTATE HOPE, CHRISTIANSTED, VI 00820-5652

| TO: | REMIT WIRE TRANSFER TO: |
|---|---|
| TECHNIP ITALY S.P.A.<br>VIALE CASTELLO DELLA MAGLIANA, 68<br>00148 ROMA<br>ATTENTION:VINCENZO LAGANA | HOVENSA L.L.C.<br>CHASE MANHATTAN BANK<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, N.Y. 10081<br>ACCT. # 323-022-387<br>ABA #021-0000-21 |

| INVOICE DATE | INVOICE NUMBER | CUSTOMER NUMBER | PAYMENT TERMS |
|---|---|---|---|
| 02/05/07 | 020507-002 | N/A | NET 30 DAYS |

| ITEM DESCRIPTION | AMOUNT |
|---|---|
| "Schedule Liquidated Damages"<br>January 01- January 31,2007<br><br>SEE ATTACHED LETTER | $    2,481,300.00 |

INVOICE TOTAL: $    2,481,300.00

REFER ANY QUESTIONS TO:
DEBRA ROGERS
E-MAIL: drogers@hovensa.com
VOICE PHONE: (340) 692-3955
24 HOUR FAX:   (340) 692-3161

# Exhibit H

INVOICE



**HOVENSA**

*PEOPLE FUELING A BRIGHTER FUTURE*

#1 ESTATE HOPE, CHRISTIANSTED, VI 00820-5652

| TO: | REMIT WIRE TRANSFER TO: |
|---|---|
| TPVI LTD<br>PMO 115-4093 DIAMOND SUITE 7<br>CHRISTIANSTED, USVI 00820<br>ATTENTION: VINCENZO LAGANA | HOVENSA L.L.C.<br>CHASE MANHATTAN BANK<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, N.Y. 10081<br>ACCT. # 323-022-367<br>ABA #021-0000-21 |

| INVOICE DATE | INVOICE NUMBER | CUSTOMER NUMBER | PAYMENT TERMS |
|---|---|---|---|
| 02/05/07 | 020507-001 | N/A | NET 30 DAYS |

| ITEM DESCRIPTION | AMOUNT |
|---|---|
| "Schedule Liquidated Damages"<br>January 01- January 31, 2007 | |
| SEE ATTACHED LETTER | $            2,113,700.00 |

INVOICE TOTAL: $            2,113,700.00

REFER ANY QUESTIONS TO:
DEBRA ROGERS
E-MAIL: drogers@hovensa.com
VOICE PHONE:  (340) 692-3955
24 HOUR FAX:    (340) 692-3161

# Exhibit I

4.GIU. 2007 12:35     ESTERO MERCI                    Nr.1711   P. 1



MICHAEL J. FENNESSY                                              REPLY TO:
Vice President and Chief Financial Officer                       HOVENSA L.L.C.
                                                                 1 Estate Hope
                                                                 Christiansted VI 00820-5652

                              May 30, 2007

        <u>Via Courier</u>
        UniCredit Banca d'Impresa S.p.A.
        Filiale Roma Centro
        Via Sardegna, 44
        C.A.P. 00187 ROMA

                **Drawn under Stand-By Letter of Credit No. 460830345935**
                **Beneficiary: HOVENSA L.L.C.**
                **Draw Amount: $7,080,683.88**

To whom it may concern:

Enclosed for presentment, please find a signed Draft in the amount of $7,080,683.88 drawn on UniCredit Banca d'Impresa SpA for the benefit of HOVENSA L.L.C. pursuant to Irrevocable Standby Letter of Credit No. 460830345935, as endorsed thereon.

Also enclosed, please find the original statement of an officer of HOVENSA L.L.C. and, for your convenience, a true and correct copy of the Letter of Credit No. 460830345935 and most recent amendment dated April 24, 2007.

Pursuant to the endorsement contained on the signed Draft, please make payment by wire transfer to HOVENSA's account in accordance with the terms of the Letter of Credit. An additional copy of the wire transfer instructions is set forth below:

        Chase Manhattan Bank          Account No. 323-022-367
        1 Chase Manhattan Plaza       ABA No. 021000021
        New York, NY 10081            Credit To: HOVENSA L.L.C.

Kindly execute a duplicate copy of this letter to indicate receipt of the signed Draft and Officer Statement.

Very truly yours,                     Received & Acknowledged
                                      UniCredit Banca d'Impresa SpA
                                      _____, 2007

Michael J. Fennessy
Vice President & CFO                  _____
                                      By:


                                      Its:

# Exhibit J

4.6707 2007 12:35    ESTERO MERCI                    Nr.1711   P. 2



MICHAEL J. FENNESSY                                                  REPLY TO:
Vice President and Chief Financial Officer                          HOVENSA L.L.C.
                                                                    1 Estate Hope
                              May 30, 2007                    Christiansted  VI 00820-5652

        Via Courier
        UniCredit Banca d'Impresa S.p.A.
        Filiale Roma Centro
        Via Sardegna, 44
        C.A.P. 00187 ROMA

                Drawn under Stand-By Letter of Credit No. 460830854774
                Beneficiary:  HOVENSA L.L.C.
                Draw Amount: $6,074,490.00

        To whom it may concern:

        Enclosed for presentment, please find a signed Draft in the amount of $6,074,490.00
        drawn on UniCredit Banca d'Impresa SpA for the benefit of HOVENSA L.L.C. pursuant
        to Irrevocable Standby Letter of Credit No. 460830854774, as endorsed thereon.

        Also enclosed, please find the original statement of an officer of HOVENSA L.L.C. and,
        for your convenience, a true and correct copy of the Letter of Credit No. 460830854774
        and most recent amendment dated March 14, 2007.

        Pursuant to the endorsement contained on the signed Draft, please make payment by wire
        transfer to HOVENSA's account in accordance with the terms of the Letter of Credit.  An
        additional copy of the wire transfer instructions is set forth below:

                Chase Manhattan Bank              Account No. 323-022-367
                1 Chase Manhattan Plaza           ABA No. 021000021
                New York, NY 10081                Credit To: HOVENSA L.L.C.

        Kindly execute a duplicate copy of this letter to indicate receipt of the signed Draft and
        Officer Statement.

        Very truly yours,                     Received & Acknowledged
                                              UniCredit Banca d'Impresa SpA
                                              _____, 2007


        Michael J. Fennessy                   _____
        Vice President & CFO                  By:


                                              Its:

<u>CERTIFICATE OF SERVICE</u>

I, Beatriz Biscardi, am over the age of eighteen (18) years, not a party to

this action, caused a true and correct copy of the foregoing Defendant's Reply

Memorandum of Law in Support of Their Motion to Dismiss the Complaint for Failure to

Join an Indispensable Party, Failure to State a Claim and Lack of Personal, dated July 15,

2008, and Declaration of Christopher Paparella, dated July 15, 2008, to be served on this

15th day of July, 2008, to the following:

> VIA ELECTRONIC FILING & FEDEX
> Gabriel Del Virginia
> Law Offices of Gabriel Del Virginia
> 641 Lexington Avenue, 21st floor
> New York, NY 10022
>
> VIA E-MAIL
> George T. Shipley
> Jonathan Smith
> Shipley Snell Montgomery LLP
> 4600 First City Tower
> 1001 Fannin
> Houston, TX 77002
>
> ATTORNEYS FOR PLAINTIFF HOVENSA
>
> I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2008
     New York, New York

                                        _/s/ Beatriz Biscardi
                                        Beatriz Biscardi

60345335_1.DOC